

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00456-CV

**IMPACTO MEDIA, INC.**,
Appellant

v.

**UNITED INDEPENDENT SCHOOL DISTRICT**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2019-CVH-001030-D3
Honorable Sid L. Harle, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. Each party shall bear its respective costs. *See* TEX. R. APP. P. 42.1(d).

SIGNED August 7, 2019.

_____
Sandee Bryan Marion, Chief Justice